IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:11MJ240

SEALED DOCUMENT :

:

ORDER UNSEALING APPLICATION , SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

IT IS HEREBY ORDERED that the Application, Search Warrant, Supporting Affidavit and Return to the above Application for Search Warrant sealed by the order of this court, be unsealed by the Clerk of Courts.

August 7, 2012                                s/ **Michael R. Merz**
                                              United States Magistrate Judge